IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:07 MJ 00292 GA

| | |
|---|---|
| In Re Matter of )<br><br>CRIMINAL COMPLAINT AND )<br>ARREST WARRANTS AUTHORIZED )<br>ON DECEMBER 11, 2007, TO )<br>ARREST )<br><br>SONIA AMEZCUA, )<br>RAMON OCHOA, and )<br>GILBERT OCHOA. )<br>)<br>)<br>) | ORDER SEALING ARREST WARRANTS,<br>CRIMINAL COMPLAINT, APPLICATION<br>AND ORDER<br><br>**Under Seal** |


**SEALED**

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrants, Application, and this Order in the above-captioned case, in camera under seal.  Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrants, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: December 11, 2007

_____
Honorable Gary Austin
U.S. Magistrate Judge

1