

FILED

FEB 2 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-MJ-0292 GSA |
| ) | |
| Plaintiff, ) | ORDER PARTIALLY UNSEALING |
| ) | COMPLAINT AND PERMITTING THE |
| v. ) | ATTACHED REDACTED VERSION TO BE |
| ) | PROVIDED TO DEFENDANTS' COUNSEL |
| SONIA AMEZCUA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States having applied to this Court, for a

complaint in the above-captioned proceedings to be partially

unsealed for use against defendants who have been arrested,

IT IS SO ORDERED, that the complaint previously filed with

this Court under <u>seal</u> shall be partially unsealed to the extent

shown by the attached redacted version and that the unredacted

complaint shall not be disclosed pending further order of this

court.

DATED:   February 20, 2008

Honorable Sandra M. Snyder
U.S. Magistrate Judge

1

*CAE approved 12/11/07*
*Bail warrants*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA **SEALED**

**ORIGINAL FILED**

DEC 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**CRIMINAL COMPLAINT**

UNITED STATES OF AMERICA

v.

SONIA AMEZCUA,
~~█████████████~~ and
GILBERT OCHOA

CASE NUMBER: 1: 07 MJ 0 0 2 9 2 GSA

(If search warrant is issued regarding this complaint, <u>indicate above</u> the case number assigned.)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>April 16, 2007, and July 6, 2007,</u> in <u>Fresno</u> County, in the <u>State and Eastern</u> District of <u>California</u>, and elsewhere, defendants, SONIA AMEZCUA and GILBERT OCHOA, knowingly and intentionally conspired to distribute and/or to possess with intent to distribute marijuana, in violation of Title <u>21</u>, United States Code, Section(s) <u>841(a) (1)</u>, 841(b)(1)(D), and 846.

Further, on or about September 25, 2007, in <u>Fresno</u> County, in the State and Eastern District of California, defendants SONIA AMEZCUA and ~~█████████████~~, being convicted felons, knowingly possessed firearms and ammunition which had been shipped or transported interstate in violation of Title <u>18</u>, United States Code, Section(s) 922(g)(1).

Further, on or about September 25, 2007, in <u>Fresno</u> County, in the State and Eastern District of California, defendants SONIA AMEZCUA, ~~█████████████~~ and GILBERT OCHOA knowingly and intentionally conspired to commit an offense against the United States, to wit: being felons in possession of firearms and ammunition which had been shipped or transported interstate in violation of Title <u>18</u>, United States Code, Section(s) 922(g)(1).

I further state that I am a(n) <u>Special Agent of the FBI</u> and that this complaint is based on the following facts:                    *(Official Title)*

**(See Attached Affidavit)**

Continued on the attached sheet and made a part hereof: __X__ Yes ____ No

_____
*Signature of Complainant*
**Thinh Nguyen, Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

_____12/11/07_____          at          **Fresno, California**
*(Date)*                                        *(City and State)*

**Gary Austin, U.S. Magistrate Judge**          _____
*(Name & Title of Judicial Officer)*                    *(Signature of Judicial Officer)*

## ATTACHMENT "A"

## AFFIDAVIT

I, Thinh Nguyen, Special Agent, Federal Bureau of Investigation (FBI); and Task Force Agent, Fresno Methamphetamine Task Force (FMTF)being duly sworn, state:

### EXPERTISE

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since October, 1999. I am currently assigned to the position of Task Force Agent (TFA) with the Fresno Methamphetamine Task Force (FMTF), located at the California Department of Justice, Bureau of Narcotic Enforcement, Fresno Regional Office. While employed as an FBI Special Agent, I have been involved in many types of investigations, including bank robbery, kidnapping, firearms, narcotics, and fugitive investigations.

2. The inception of my law enforcement training was my attendance at the FBI Academy where I received formal investigative training to include subject matters related to controlled substance investigations, including: cocaine, cocaine base, methamphetamine, heroin, marijuana, and hallucinogens. In 2005, I received eighty (80) hours of formal training at the Basic Narcotic Investigation School, administered by the California Department of Justice, Bureau of Narcotic Enforcement (BNE). I have attended other types of training and conferences, related to the various aspects of narcotic investigations. I am also an FBI firearms instructor, for which I was and am required to obtain periodic specialized training in firearms. My present assignment consists of investigating primarily narcotic offenses,

1

1   including the sales, transportation, and manufacturing of
2   narcotics.   These investigations specifically include, but are
3   not limited to, investigations of subjects and/or criminal
4   organizations involved in the manufacturing, transportation,
5   and/or distribution of methamphetamine and marijuana; chemicals
6   and/or equipment utilized in the manufacturing of
7   methamphetamine; and the gamut of other narcotic offenses.   I am
8   familiar with, and have participated in, all of the conventional
9   investigative methods, including, but not limited to, electronic
10   surveillance, visual surveillance, general questioning of
11   witnesses, search warrants, confidential informants, pen
12   registers, trap and trace, and the use of undercover agents.

13      3.   I have worked and conferred with various experienced law
14   enforcement officers who were trained in narcotic and firearms
15   investigations, and I have drawn from their knowledge and
16   expertise in the field of narcotic and firearms enforcement.   I
17   have spoken with and arrested various suspects engaged in the
18   distribution of controlled substances.   I have seized firearms in
19   connection with drugs and other cases.

20      4.   As a result of my participation in this investigation,
21   and through review and analysis of information received from
22   various sources, including other law enforcement investigators
23   and law enforcement databases, I am familiar with all aspects of
24   this investigation.   I have not included each and every fact
25   known to me and derived therefrom, but I have not purposely
26   omitted any fact(s) that undermine or are contrary to the
27   opinions and conclusions set forth herein.   I have detailed only
28   the facts that I believe are necessary and appropriate to

2

1  establish the probable cause mandatory for an authorization of

2  the arrests of the subjects identified hereinafter.  On the basis

3  of this familiarity and other information which I have reviewed

4  and determined to be reliable, I allege the following:

5  **STATEMENT OF PROBABLE CAUSE**

6      5.   On January 17, 2007, an FMTF investigation was

7  initiated on SONIA AMEZCUA, based on a confidential witness's

8  (CW) information that SONIA AMEZCUA, hereinafter referred to as

9  SONIA, along with her siblings, were involved in large scale

10 distribution of narcotics.  Background investigation on the

11 AMEZCUAs revealed that SONIA and her brothers and sisters have an

12 extensive criminal history that includes narcotics related

13 violations.

14     6.   On April 9, 2007, at approximately 12:13 p.m., ~~the CW~~

15 at the direction of Detective David Garza, also assigned to the

16 FMTF, called SONIA at (559) 298-0341 in an attempt to purchase

17 one quarter pound of crystal methamphetamine.  SONIA answered the

18 telephone but was reluctant to converse with the CW regarding the

19 crystal methamphetamine over the telephone.  SONIA instructed the

20 CW to come over to her home located at 2675 Robinwood Avenue,

21 Clovis, California.  At approximately 1:30 p.m., the CW, as

22 instructed by agents of the FMTF, traveled to SONIA's residence

23 and was observed by surveillance units entering SONIA's

24 residence.  The CW, outfitted with a recording/transmitting

25 device, spoke with SONIA regarding the availability of a quarter

26 pound of crystal methamphetamine.  SONIA advised the CW that she

27 did not have a quarter pound of crystal methamphetamine

28 available, but she would call her source of supply to inquire

3

1    about the availability and cost of the crystal methamphetamine.

2    SONIA informed the CW that she would have to travel to either

3    Delano, California, or Los Angeles, California, to obtain the

4    crystal methamphetamine and that she would call the CW with the

5    price when she talks to her source of supply.  During the

6    conversation, SONIA told the CW that she had one hundred pounds

7    of marijuana in her possession.

8        7.    Towards the end of their meeting, SONIA asked the CW if

9    the CW had anyone who wanted to purchase any "stress."  SONIA

10   further advised the CW that if she can sell the "stress," her

11   source of supply would send her as much crystal methamphetamine

12   and cocaine as she wanted.  SONIA told the CW that she has many

13   people asking for crystal methamphetamine and cocaine; however,

14   she needs to sell the "stress" before she can order crystal

15   methamphetamine or cocaine from her source of supply.  The CW

16   advised SONIA that he/she might have a client that could purchase

17   some "stress" from her.  SONIA offered to sell the CW the

18   "stress" at $300 per pound, which is the price that she paid.

19   Based on my training and experience and the collective training

20   and experience of assisting agents, the term "stress" is commonly

21   used by narcotics traffickers to refer to marijuana.  I also

22   believe that SONIA had to sell a certain amount of marijuana

23   before her supplier would advance her a certain amount of

24   methamphetamine or other narcotics.

25       8.    On April 16, 2007, the CW attempted contact with SONIA

26   regarding the purchase of fifteen pounds of marijuana.  The CW

27   was able to make contact with SONIA at her home, at which time,

28   SONIA advised the CW that she needed to go get the marijuana from

4

1    a stash location, since she did not keep the narcotics at her
2    residence.   The CW agreed to meet SONIA at her residence once she
3    retrieved the marijuana.   An excerpt of the recorded conversation
4    is as follows:

5          SONIA:    Hello.

6          CW:    Hey what's up?  It's me, [CW's nickname].

7          SONIA:    [Inaudible] can I meet you somewhere?

8          CW:    Oh.  You want to meet me somewhere or what?

9          SONIA:    Yeah.

10         CW:    Yeah, because my partners just gave me the
11                  money, so I'm going to have to, you know what
12                  I mean, meet up with you or however you want
13                  to do it.

14         SONIA:   ██████████████████████████████
15                  ██████████████████████████████

16         CW:   ████████████████████████

17         SONIA:   ██████████

18         CW:    I..I can pick you up if you want?  I mean I
19                  can go pick you up and we can...you know what
20                  I mean...so we can do it that way if you
21                  want?

22         SONIA:    Well give me like a few minutes and I'll call
23                  you back and I'll tell you where we're going
24                  to meet.

25         CW:   ████████████████████████████
26                  ████████████████████████████

27         SONIA:    No.  No.  Don't worry about that.  It's just
28                  that I had someone else get it ready and I

1          have to go to their house.  And they don't

2          like nobody to go there either.  Cause I

3          don't keep nothing here, you know.

4    CW:        Oh, okay.  Okay.  Absolutely.

5    SONIA:     Okay.  Bye.

6    9.    On April 16, 2007, at approximately 3:15 p.m., at the

7    direction of Detective Garza, the CW contacted SONIA regarding

8    the purchase of fifteen pounds of marijuana.  SONIA instructed

9    the CW to come to her residence.  A physical surveillance

10   operation was conducted on SONIA prior to the arrival of the CW

11   at 2675 Robinwood Avenue, Clovis, California.  SONIA, positively

12   identified by FMTF Supervisory Agent/Fresno Police Department

13   Sergeant Donald Mitchell, was observed leaving her residence

14   located at 2675 Robinwood Avenue, Clovis, California, in a small

15   red vehicle with possible California license plate number 3SHE675

16   (r/o Mary Szveltecz, 3085 Middlefield Road, #25, Palo Alto,

17   California).  She was then followed to Buchanan High School in

18   Clovis, California, where she picked up two individuals.  SONIA

19   was then observed driving to a McDonald's Restaurant drive-thru

20   and returning to 2675 Robinwood Avenue, Clovis, California.  At

21   approximately 4:00 p.m., surveillance units observed the CW, who

22   was outfitted with a recording/transmitting device, arrive and

23   enter SONIA's residence located at 2675 Robinwood Avenue, Clovis,

24   California.  An excerpt of the recorded conversation between

25   SONIA and the CW is as follows:

26   SONIA:     Go ahead and sit down.  I'll be right back.

27   CW:        Yeah, I have the money and everything.

28   SONIA:     [Inaudible.]

```
 1    CW:        [Inaudible.]  No.  No.  No.  It's all good.
 2    SONIA:     [Inaudible]...you never know.  You know what
 3               I mean?
 4    CW:        How am I going to carry them out though?
 5    SONIA:     ████████████████████████████████████
 6    CW:        ████████████████████████████████
 7    SONIA:     ████████████████████████████████████████
 8               ████████████████████████████████████████
 9               █████████████████████████████████
10               [Inaudible]...in a storage shed.
11    CW:        Oh really?
12    SONIA:     [Inaudible]...we put stuff there so when we
13               move we can just put things over there.  I
14               don't keep anything here, because I have a
15               new Parole Officer and he is an asshole, man.
16    CW:        Oh, for real?
17    SONIA:     I'm afraid one day he's going to do a...you
18               know how they do those sweeps?  I said that's
19               all I need.
20    CW:        ████████████████████████████████████████
21               █████████████████████████████
22    SONIA:     I was nervous so I try not to have nothing
23               here at all.  [Laughter.  Inaudible.]
24    CW:        All right.
```

25          10.  The CW was overheard on the recording to be waiting for

26    SONIA to come back.  After approximately two minutes, SONIA was

27    heard returning to the room in which the CW was waiting.  An

28    excerpt of the recorded conversation is as follows:

1   CW:      Is this them?

2   SONIA:   Uh, huh.

3   CW:      Oh, yeah.  It smells fresh.

4   SONIA:   Yeah.

5   CW:      How many does this one weigh?

6   SONIA:   I don't know to tell you the truth.  Um..the

7            way we weigh them is 2.2 per

8            kilo...[inaudible because CW talked over

9            SONIA]

10  CW:      So, you sell them per ki?

11  SONIA:   So, actually you'll get a little over because

12           one of them..um..um..

13  CW:      It's all good.

14  SONIA:   So, since seven of them is fourteen point

15           fourteen?

16  CW:      Yeah.

17  SONIA:   I dumped a whole bunch of junk in another

18           bag, so you'll probably gonna get some extra

19           but...

20  CW:      That's cool.  It'll work.  It looks good.

21           It'll be cool.

22  SONIA:

23

24

25

26  CW:

27  SONIA:   [Inaudible.]

28  CW:

1    SONIA:

2

3

4

5    CW:

6

7    SONIA:

8

9

10

11

12

13   CW:

14   SONIA:    That's what I told him.  I said we were going

15             to go to Palms Springs and he said "you

16             were?"  And I said yeah.  Whatever it takes

17             to save you money.

18

19

20

21   CW:       Well, if it could save us some money...then

22             you know what I'm saying.

23   SONIA:    That's what I told him.  I said if it can

24             save me some money...[inaudible]...I can get

25             it for a better price.  I told him already

26             that but we were waiting to get more money.

27             I was supposed to get like 3,500 or more

28             tonight, hopefully.  So, he'll be hella

9

1     happy.   He'll have spending money and money

2     for the drivers.   You know what I mean.   Let

3     me go get you the...[inaudible].

4     11.   At approximately 4:08 p.m., surveillance units observed

5 the CW exit the Robinwood residence with medium-sized boxes and

6 place it into his/her vehicle.   The CW, as instructed, met with

7 Detective Garza at a predetermined location and



8

9

10     were gallon sized plastic bags containing a loose

11 green leafy substance which had the appearance and odor of

12 marijuana.

13     12.



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10



SONIA:

VICTOR:    ...but not that one... ...if it

...somewhere...

SONIA:   ...the black one is like what, what if

VICTOR:   Which one?

VICTOR:   No...[Sim...

SONIA:   oh, you're talking about the ... bottom.

VICTOR:   ...b next to the white one.   Yes, now

...it's just like the

SONIA:   ...na.

VICTOR:   ...it's a grey one. [SC]

SONIA:   ...talking go...

VICTOR:   Right, ...white one ...

...the one that has the short, and the white

is being... right now and ...whi...

...there's none.   None of...

...any places. [Fade]...



19  This conversation was interpreted as SONIA's contact with
20  ████ to inquire about the availability of a vehicle to be used
21  as a load vehicle. ████████████████████████████
22  ████████████████████████████████████████████
23  ████████████████████ ████████ advised SONIA that he did not have
24  ████████████████████████████████████████████
25  ████████ Based on my training and experience and the training and
26  experience of assisting agents, I believe that the vehicle that
27  SONIA was attempting to rent from ████████ would be used as a load
28  vehicle.  Narcotics traffickers often use vehicles that possess

1  license plates (which are not registered to them) and are

2  somewhat mechanically reliable to transport narcotics which they

3  secrete in hidden compartments of the vehicle. ████████████

4  ████████████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████████████

6  ████████████████████████████████████████████████████████████

7  ████████████████████

8      14.   On June 28, 2007, at approximately 6:26 p.m., ███████

9  ████████████████████████████████████████████████████ from

10 ████████████████   ████████████████████████████████████████

11 ██████████

12        ████████████████████████████████████████████

13        ████████████████████████████████████

14        ████████████████████████████████████████████████████

15        ████████████████

16        ████████████████████████████████████████████████████

17        ████████████████████████

18        ████████████████

19        ████████████████████████████████

20        ████████████████

21        ████████████████████████████████████████████

22        ████████████████████████████████████████████████████

23        ████████████████████████████████████████████████████

24        ████████████████████████

25        ████████████████████████████████████████

26        ████████████████████████████████████████████████████

27        ████████████████████████████████████

28        ████████████████████████████████

14

1      15.   On June 28, 2007, at approximately 6:44 p.m., ███████

2  ████████████████████████████████████████████████████████████

3  An excerpt of the conversation is as follows:

4  ████████████████████████████████

5  ███████████████████████████████████████████████████████

6  ████████████████████████████████████████

7  ███████████████████████████████

8  ███████

9  ████████████████████

10 ████████████████

11 ████████████████

12 ████████████████████████

13 ████████████████████

14 ████████████

15 ███████████████████████████████████

16 ██████████████

17 ████████████████

18 ██████████████

19 ██████

20 ████████████████████████████████████

21 ██████████████████████████████████████████

22 █████████████████████████████████████

23 ████████████████████████████████              Based

24 on my training and experience and the training and experience of

25 assisting agents, ████████████████████████████████████

26 ████████████████████████████

27 ████████████████████████████████████████

28 ████████████████████████████████████████

15

1 | and unload narcotics.

2

3

4

5

6

7

8 | 16.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Based on my training and experience and the training and
experience of assisting agents, I know that narcotics traffickers
often use secluded areas or garages to load or unload narcotics
in order to prevent them from being detected by law enforcement.

17.



18.   On June 28, 2007 at approximately 9:53 p.m., a



1

2

3

4     I believe that the

5

6

7

8

9

10

11

12

13     19.

14

15

16

17

18

19     20.

20

21

22

23

24

25

26

27

28



Based on my training and experience, and the training and experience of assisting agents, I believe that this conversation centered around the price of narcotics, specifically marijuana.



21.  On July 1, 2007, at approximately 8:13 p.m.,



21

1   while your

2

3

4

5

6   H

7   H

8   Y

9   SONIA

10

11

12

13

14

15

16

17

18

19

20



21   Based on the conversation above and on the events

22

23

24

25   wn male at the F

26

27   believe

28

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2    22.   At the beginning of July, 2007, ▮▮▮▮▮▮▮▮▮▮

3 Detective David Garza and informed him that towards the end of

4 June, 2007, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ SONIA contacted the

10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The ▮▮▮▮▮▮▮▮▮▮

11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16 ▮▮▮▮▮▮▮▮▮▮▮ CW when she returns to Fre▮▮▮▮▮▮▮▮

17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18    23. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ device, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23 ▮▮▮▮▮▮▮▮ 12:30 p.m., ▮▮▮ vehicle that was provided by the▮

24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25 that she was going to go to Dinuba, California, to collect a debt

26 owed to her.   SONIA then advised the CW that she was going to go

27 to Los Angeles to pick up more narcotics, package it up, and

28 transport it to Tennessee ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 

2     24.  On July 5, 2007,

3 

4 

5 

6 

7 

8     25.

9 

10 

11 

12 

13 

14 

15 

16 

17 

18 a

19 

20 inquiring if ANGEL SANCHEZ was arrested in Arizona.

21 

22 CW indi

23 Subsequent inquiries from Madera County Sheriff's Detective Mike

24 Richardson, also assigned to the FMTF, revealed that ANGEL

25 SANCHEZ was stopped by the Arizona Department of Public Safety

26 (DPS) for a traffic violation which resulted in the discovery of

27 approximately twenty seven and a half pounds of marijuana

28 secreted in the vehicle.

1    27.   Based on my training and experience and the collective
2  training and experience of assisting agents, I believe that SONIA
3  was the mastermind behind the transportation of the twenty seven
4  and a half pounds of marijuana destined for Lebanon, Tennessee,
5  but seized during a traffic stop in Kingman, Arizona.



8                                                        At approximately
9  5:20 p.m.,

14    29.   At approximately 5:25 p.m.,

22                                        SONIA informed the CW that she
23  was on her way to pick up a load of narcotics in the Los Angeles
24  area.   SONIA then asked the CW if he/she had access to Vicodin
25  pills and informed the CW that she has a customer coming into
26  town who wanted to purchase Vicodin.   The CW informed SONIA that
27  he/she did not have any contacts with Vicodin pills; however, the
28  CW informed SONIA that he/she has a contact who was interested in

1  purchasing a pound of crystal methamphetamine.   SONIA advised the
2  CW that she will be in the Los Angeles area to pick up a load of
3  narcotics and that she will attempt to obtain the crystal
4  methamphetamine for the CW when she is down there.   SONIA was not
5  able to procure any methamphetamine during her trip to the San
6  Diego area.

7       30.



26





32.

33.  A criminal history inquiry on ▮▮▮▮▮▮▮ and SONIA
revealed that both individuals have felony convictions in which
they have been imprisoned for a term exceeding one year.

**CONCLUSION**

34.   Based on my training and experience and the information contained within this Affidavit, I believe probable cause exists to establish that SONIA AMEZCUA and GILBERT OCHOA knowingly and intentionally conspired to distribute and/or to possess with intent to distribute marijuana, in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 846.   Furthermore, I believe that SONIA AMEZCUA and ████████████, both convicted felons, knowingly possessed firearms and ammunition which has been shipped or transported in interstate or foreign commerce, in violation of Title 18 U.S.C. § 922(g)(1), and that they knowingly and intentionally conspired with GILBERT OCHOA to commit an offense against the United States, to wit: being felons in possession of firearms and ammunition, in violation of Title 18 U.S.C. §§ 371 and 922(g)(1).

Thinh Nguyen, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO BEFORE ME
THIS  11   DAY OF DECEMBER, 2007.

GARY AUSTIN
UNITED STATES MAGISTRATE JUDGE,
EASTERN DISTRICT OF CALIFORNIA