**FILED**

FEB 26 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-mj-292 GSA |
| Plaintiff, ) | |
| v. ) | ORDER TO UNSEAL COMPLAINT |
| SONIA AMEZCUA, et al. ) | |
| Defendants. ) | |

The complaint in this case having been partially unsealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret.

IT IS HEREBY ORDERED that the complaint be unsealed in its totality and made public record.

DATED: February 26, 2008

_____
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

1